IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RUTH GONZALEZ,

    Plaintiff,

vs.

DON PEDRO MEXICAN FOOD, INC.,
DON PEDRO MEXICAN FOOD II,
INC., DON PEDRO MEXICAN FOOD
III, INC., MARGARITA SANCHEZ,
and VICTORINO SANCHEZ,

    Defendants.

Civil Action Number:

1:12-cv-03032-RWS

### PLAINTIFF'S RENEWED MOTION FOR REVIEW AND APPROVAL OF SETTLEMENT AGREEMENT

Plaintiff Ruth Gonzalez, by and through the undersigned counsel, moves the Court to review and approve the parties' Settlement Agreement and Full and Final Release of All Claim and show the Court as follows:

1.

Plaintiff filed her Complaint [Dkt. 1] on August 30, 2012, alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq*.

2.

Defendants have not filed a Notice of Appearance in this action.

3.

The parties, acting at arms-length and in good faith and with the advice of counsel, negotiated and entered into a Settlement Agreement and Full and Final Release of All Claims ("the Revised Agreement").

4.

The parties had previously negotiated a settlement agreement, which by its terms was confidential.  On February 6, 2013, Plaintiff filed a Motion to Approve that settlement agreement. (Dkt. 16)  On February 11, 2013, the Court denied Plaintiff's Motion because of the confidentiality provision within that settlement agreement. (Dkt. 17)  The parties thereafter executed the Revised Agreement.  The Revised Agreement is identical in all respects with the prior agreement except that it does not contain a confidentiality clause.

5.

A copy of the Revised Agreement is attached to this motion as Exhibit "A".

6.

The Declaration of Kevin D. Fitzpatrick, Jr. ("Fitzpatrick Dec."), counsel for the Plaintiff, setting forth the basis of the damage calculations and attorneys' fees provisions of the Revised Agreement is attached hereto as Exhibit "B".

7.

Pursuant to <u>Lynn's Food Stores, Inc. v. United States of Am.</u>, 679 F.2d 1350, 1353 (11th Cir. 1982), judicial approval is required to give effect to Plaintiff's release of her FLSA claims, which is material to the Revised Agreement.

8.

If the Court approves the Revised Agreement and payment is made, the Plaintiff will file a Stipulation of Dismissal of this case with prejudice.

9.

Plaintiff requests that the Court incorporate the Revised Agreement into its Order granting this Motion and further requests that it retain jurisdiction over this matter until all consideration has been paid.

WHEREFORE, Plaintiff respectfully request that this Court review and approve the parties' Settlement Agreement and Full and Final Release of All Claims. For the Court's convenience, a proposed Order granting this Motion is filed herewith.

Respectfully submitted,

                          **DELONG, CALDWELL, BRIDGERS & FITZPATRICK, LLC**

                          *s/ Charles R. Bridgers*
                          Charles R. Bridgers
3100 Centennial Tower         Georgia Bar No: 080791
101 Marietta Street
Atlanta, Georgia 30303         *s/ Kevin D. Fitzpatrick, Jr.*
charlesbridgers@dcbflegal.com  Kevin D. Fitzpatrick, Jr.
kevin.fitzpatrick@dcbflegal.com  Georgia Bar No.: 262375
Telephone: (404) 979-3150
Facsimile: (404) 979-3170      COUNSEL FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RUTH GONZALEZ,

    Plaintiff,

vs.

DON PEDRO MEXICAN FOOD, INC.,
DON PEDRO MEXICAN FOOD II,
INC., DON PEDRO MEXICAN FOOD
III, INC., MARGARITA SANCHEZ,
and VICTORINO SANCHEZ,

    Defendants.

Civil Action Number:

1:12-cv-03032-RWS

## CERTIFICATE OF COUNSEL

Pursuant to LR 7.1 NDGa., the below signatory attorney certified that this pleading was prepared with Times New Roman (14 point), one of the fonts and point selections approved by the Court in local LR 5.1C NDGa.

                              */s/ Charles R. Bridgers*
                              Charles R. Bridgers
                              Georgia Bar No: 080791