# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**RUTH GONZALEZ,**

Plaintiff,                                    Civil Action Number:

vs.                                           1:12-cv-03032-RWS

**DON PEDRO MEXICAN FOOD, INC.,
DON PEDRO MEXICAN FOOD II,
INC., DON PEDRO MEXICAN FOOD
III, INC., MARGARITA SANCHEZ,
and VICTORINO SANCHEZ,**

Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Ruth Gonzalez, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the Settlement Agreement that was approved by the Court, hereby dismisses the above styled action with prejudice. Except as otherwise provided in the parties' Settlement Agreement, each party shall bear its own costs and expenses of this action, including their attorneys' fees.

**DELONG CALDWELL BRIDGERS &
FITZPATRICK, LLC**

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

1

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375

3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
(404) 979-3150
(404) 979-3170 (facsimile)
kevin.fitzpatrick@dcbflegal.com
charlesbridgers@dcbflegal.com

COUNSEL FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RUTH GONZALEZ, | |
| Plaintiff, | Civil Action Number: |
| vs. | 1:12-cv-03032-RWS |
| DON PEDRO MEXICAN FOOD, INC., DON PEDRO MEXICAN FOOD II, INC., DON PEDRO MEXICAN FOOD III, INC., MARGARITA SANCHEZ, and VICTORINO SANCHEZ, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 10th day of April, 2013.

>*/s/Charles R. Bridgers*
>Charles R. Bridgers
>Ga. Bar No. 080791
>Counsel for Plaintiff

3